# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.   EDCR 17-221-JGB                                       Date   January 5, 2018

Title      United States v. Victor Hawkins

Present: The Honorable   Gail J. Standish

| Earlene Carson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**      (IN CHAMBERS) ORDER OF DETENTION

Defendant was arrested pursuant to a warrant issued by the Honorable Jesus Bernal on allegations by Pretrial Services that Defendant violated his conditions of pretrial release. Specifically, Defendant is alleged to have violated his conditions of release by (1) testing presumptive positive for the use of cocaine on December 12, 2017; and (2) admitting that he paid for services -- getting help clearing out a storage rental unit and having his wife's car washed -- with crack cocaine.

The Court conducted a hearing pursuant to 18 U.S.C. sec. 3148(b). At the hearing, Defendant admitted to the first allegation, i.e., use of cocaine. The Court therefore found by clear and convincing evidence that Defendant violated his conditions of release. The Court considered whether modified conditions could reasonably assure both the appearance of defendant at further proceedings and the safety of the community. However, for the reasons stated on the record, including, in large part, because no viable surety exists at this time, Defendant's bond is revoked and he is ordered detained pending trial. Any previously posted bond or undertaking is exonerated.